SQUIRE PATTON BOGGS (US) LLP
Joseph A. Meckes (State Bar No. 190279)
joseph.meckes@squirepb.com
550 California Street, Suite 1100
San Francisco, CA  94104
Telephone:    +1 415 954 0200
Facsimile:    +1 415 393 9887

Attorneys for Plaintiff
MINIT MART LLC

SQUIRE PATTON BOGGS (US) LLP
550 California Street, Suite 1100
San Francisco, California 94104

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINIT MART LLC, | Case No. 3:23-cv-02734-TSH |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO STIPULATION TO EXTEND DEADLINE TO MOVE FOR ATTORNEYS' FEES** |
| v. | |
| SYNERGY PETROLEUM ENTERPRISES, INC., | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff Minit Mart LLC ("Minit") and Defendant Synergy Petroleum Enterprises, Inc. ("Synergy"), pursuant to Fed. R. Civ. P. 54(d)(2)(B), Civil L.R. 54-5, and Civil L.R. 6-2, by and through their respective counsel, as follows:

WHEREAS, this Court entered judgment in this case on July 2, 2025;

WHEREAS, this Court awarded Minit its attorneys' fees and pre- and post-judgment interest;

WHEREAS, this Court denied without prejudice Minit Mart's motion for attorneys' fees as premature pending exhaustion of Synergy's appellate rights;

WHEREAS, the Ninth Circuit mandate issued on April 28, 2026;

SQUIRE PATTON BOGGS (US) LLP
550 California Street, Suite 1100
San Francisco, California 94104

WHEREAS, pursuant to the Court's October 3, 2025 Order, Minit Mart's renewed motion for attorneys' fees is due fourteen days after the issuance of the mandate, on May 12, 2026;

WHEREAS, this Stipulation is made for the reasons stated and not for purposes of undue delay or to unfairly prejudice any party or the administration of justice. The Order sought hereby would not alter any other dates or deadlines established in the Court's scheduling order dated August 25, 2023;

WHEREAS, by agreeing to this stipulation, neither party waives any substantive argument it might otherwise have regarding the Minit's entitlement to attorneys' fees.

NOW, THEREFORE, BASED ON THE FOREGOING, THE PARTIES HEREBY AGREE AND STIPULATE that the deadline for Minit to apply for its reasonable attorneys' fees be extended by twenty-one days, through and including, June 2, 2026.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.


DATED: May 8, 2026                     /s/Joseph A. Meckes_____    _____
                                       Joseph A. Meckes
                                       Squire Patton Boggs (US) LLP
                                       *Attorney for Plaintiff*

DATED: May 8, 2026                      /s/Matthew Marca_____
                                       Mathew Marca,
                                       Gutierrez Marca LLP
                                       *Attorney for Defendant*

### [PROPOSED] ORDER

Based on the foregoing Stipulation, the Court hereby finds good cause exists to grant the Stipulation, and hereby orders that the Stipulation is hereby approved and adopted as an order of this Court.

DATED: _May 8, 2026_____            _____
                                    United States Magistrate Judge
                                    Thomas S. Hixson

STIPULATION TO EXTEND
- 2 -                               Case No. 3:23-cv-02734-TSH