SQUIRE PATTON BOGGS (US) LLP
Joseph A. Meckes (State Bar No. 190279)
joseph.meckes@squirepb.com
550 California Street, Suite 1100
San Francisco, CA 94104
Telephone:    +1 415 954 0200
Facsimile:    +1 415 393 9887

Attorneys for Plaintiff
MINIT MART LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MINIT MART LLC, | Case No. 3:23-cv-02734-TSH |
|---|---|
| Plaintiff, | **SECOND STIPULATION AND** ~~**[PROPOSED]**~~ **ORDER TO STIPULATION TO EXTEND DEADLINE TO MOVE FOR ATTORNEYS' FEES** |
| v. | |
| SYNERGY PETROLEUM ENTERPRISES, INC., | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff Minit Mart LLC ("Minit") and Defendant Synergy Petroleum Enterprises, Inc. ("Synergy"), pursuant to Fed. R. Civ. P. 54(d)(2)(B), Civil L.R. 54-5, and Civil L.R. 6-2, by and through their respective counsel, as follows:

WHEREAS, this Court entered judgment in this case on July 2, 2025;

WHEREAS, this Court awarded Minit its attorneys' fees and pre- and post-judgment interest;

WHEREAS, this Court denied without prejudice Minit Mart's motion for attorneys' fees as premature pending exhaustion of Synergy's appellate rights;

WHEREAS, the Ninth Circuit mandate issued on April 28, 2026;

STIPULATION TO EXTEND
- 1 -        Case No. 3:23-cv-02734-TSH

WHEREAS, pursuant to the Court's October 3, 2025 Order, Minit Mart's renewed motion for attorneys' fees was due fourteen days after the issuance of the mandate, on May 12, 2026;

WHEREAS, the Court on May 8, 2026 granted a stipulation extending that deadline to June 2, 2026;

WHEREAS, the parties have reached a settlement in principle and are negotiating the final terms of that settlement;

WHEREAS, this Stipulation is made for the reasons stated and not for purposes of undue delay or to unfairly prejudice any party or the administration of justice.  The Order sought hereby would not alter any other dates or deadlines established in the Court's scheduling order dated August 25, 2023;

WHEREAS, by agreeing to this stipulation, neither party waives any substantive argument it might otherwise have regarding the Minit's entitlement to attorneys' fees.

NOW, THEREFORE, BASED ON THE FOREGOING, THE PARTIES HEREBY AGREE AND STIPULATE that the deadline for Minit to apply for its reasonable attorneys' fees be extended by twenty-one days, through and including, June 23, 2026.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: May 29, 2026

*/s/Joseph A. Meckes*
Joseph A. Meckes
Squire Patton Boggs (US) LLP
*Attorney for Plaintiff*

DATED: May 29, 2026

*/s/Mathew Marca*
Mathew Marca,
Gutierrez Marca LLP
*Attorney for Defendant*

**SQUIRE PATTON BOGGS (US) LLP**
550 California Street, Suite 1100
San Francisco, California 94104

STIPULATION TO EXTEND
Case No. 3:23-cv-02734-TSH

SQUIRE PATTON BOGGS (US) LLP
550 California Street, Suite 1100
San Francisco, California 94104

## [PROPOSED] ORDER

Based on the foregoing Stipulation, the Court hereby finds good cause exists to grant the Stipulation, and hereby orders that the Stipulation is hereby approved and adopted as an order of this Court.

DATED: _May 29, 2026_

_____

United States Magistrate Judge
Thomas S. Hixson

STIPULATION TO EXTEND
Case No. 3:23-cv-02734-TSH

- 3 -