SQUIRE PATTON BOGGS (US) LLP
Joseph A. Meckes (State Bar No. 190279)
joseph.meckes@squirepb.com
550 California Street, Suite 1100
San Francisco, CA  94104
Telephone:    +1 415 954 0200
Facsimile:    +1 415 393 9887

Attorneys for Plaintiff
MINIT MART LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINIT MART LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SYNERGY PETROLEUM ENTERPRISES, INC.,<br><br>　　　　　Defendant. | Case No. 3:23-cv-02734-TSH<br><br>**FOURTH STIPULATION AND [PROPOSED] ORDER TO STIPULATION TO EXTEND DEADLINE TO MOVE FOR ATTORNEYS' FEES** |

IT IS HEREBY STIPULATED by and between Plaintiff Minit Mart LLC ("Minit") and Defendant Synergy Petroleum Enterprises, Inc. ("Synergy"), pursuant to Fed. R. Civ. P. 54(d)(2)(B), Civil L.R. 54-5, and Civil L.R. 6-2, by and through their respective counsel, as follows:

WHEREAS, this Court entered judgment in this case on July 2, 2025;

WHEREAS, this Court awarded Minit its attorneys' fees and pre- and post-judgment interest;

WHEREAS, this Court denied without prejudice Minit Mart's motion for attorneys' fees as premature pending exhaustion of Synergy's appellate rights;

WHEREAS, the Ninth Circuit mandate issued on April 28, 2026;

SQUIRE PATTON BOGGS (US) LLP
550 California Street, Suite 1100
San Francisco,, California 94104

WHEREAS, pursuant to the Court's October 3, 2025 Order, Minit Mart's renewed motion for attorneys' fees was due fourteen days after the issuance of the mandate, on May 12, 2026;

WHEREAS, the Court on May 8, 2026 granted a stipulation extending that deadline to June 2, 2026;

WHEREAS, the Court on May 29, 2026 granted a second stipulation extending that deadline to June 23, 2026;

WHEREAS, the Court on June 23, 2026 granted a third stipulation extending that deadline to July 14, 2026;

WHEREAS, the parties have reached a settlement in principle and are continuing to negotiate the final terms of that settlement;

WHEREAS, this Stipulation is made for the reasons stated and not for purposes of undue delay or to unfairly prejudice any party or the administration of justice.  The Order sought hereby would not alter any other dates or deadlines established in the Court's scheduling order dated August 25, 2023;

WHEREAS, by agreeing to this stipulation, neither party waives any substantive argument it might otherwise have regarding the Minit's entitlement to attorneys' fees.

NOW, THEREFORE, BASED ON THE FOREGOING, THE PARTIES HEREBY AGREE AND STIPULATE that the deadline for Minit to apply for its reasonable attorneys' fees be extended by twenty-one days, through and including, August 4, 2026.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: July 13, 2026

*/s/Joseph A. Meckes*
Joseph A. Meckes
Squire Patton Boggs (US) LLP
*Attorney for Plaintiff*

DATED: July 13, 2026

*/s/Mathew Marca*
Mathew Marca,
Gutierrez Marca LLP
*Attorney for Defendant*

SQUIRE PATTON BOGGS (US) LLP
550 California Street, Suite 1100
San Francisco,, California 94104

STIPULATION TO EXTEND
Case No. 3:23-cv-02734-TSH

## [PROPOSED] ORDER

Based on the foregoing Stipulation, the Court hereby finds good cause exists to grant the Stipulation, and hereby orders that the Stipulation is hereby approved and adopted as an order of this Court.

DATED: _July 14, 2026_____

_____
United States Magistrate Judge
Thomas S. Hixson

SQUIRE PATTON BOGGS (US) LLP
550 California Street, Suite 1100
San Francisco, California 94104

STIPULATION TO EXTEND
Case No. 3:23-cv-02734-TSH

- 3 -

SQUIRE PATTON BOGGS (US) LLP
Joseph A. Meckes (State Bar No. 190279)
joseph.meckes@squirepb.com
550 California Street, Suite 1100
San Francisco, CA 94104
Telephone:    +1 415 954 0200
Facsimile:    +1 415 393 9887

Attorneys for Plaintiff
MINIT MART LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| MINIT MART LLC, | Case No. 3:23-cv-02734-TSH |
|---|---|
| Plaintiff, | **DECLARATION OF JOSEPH A. MECKES IN SUPPORT OF FOURTH STIPULATION TO EXTEND DEADLINE TO MOVE FOR ATTORNEYS' FEES** |
| v. | |
| SYNERGY PETROLEUM ENTERPRISES, INC., | |
| Defendant. | |

DECLARATION OF MECKES
Case No. 3:23-cv-02734-TSH

- 1 -

I, Joseph A. Meckes, hereby declare and state:

1.  I am a partner at the law firm Squire Patton Boggs (US) LLP and lead counsel for Plaintiff Minit Mart LLC ("Minit") in this action.

2.  This declaration is submitted pursuant to Civil Local Rule 6-2.

3.  Pursuant to this Court's June 23, 2026 Order, Minit's current deadline to file its renewed application for fees is July 14, 2026.

4.  Minit and Synergy reached a settlement in principle and are negotiating the final terms of that settlement.

5.  A further extension of the deadline for filing Minit's application will help facilitate these negotiations.

6.  Three prior time modifications related to Minit's renewed motion for attorneys' fees have been granted in this case, first extending the deadline from May 12, 2026 to June 2, 2026, second extending the deadline from June 2, 2026 to June 23, 2026, and third extending the deadline from June 23, 2026 to July 14, 2026.  *See* ECF Nos. 80, 82, 84.

7.  On July 26, 2025, the Court granted the parties' stipulation to extend the deadline for Minit's original Motion for Attorneys' Fees, Pre- and Post-Judgment Interest and Costs by fourteen days.  *See* ECF Nos. 66, 67.

8.  The requested modification will have no impact on the schedule for the case, which will be closed upon the award of fees.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed: July 13, 2026                    */s/ Joseph A. Meckes*
                                            Joseph A. Meckes

DECLARATION OF MECKES
Case No. 3:23-cv-02734-TSH